IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**LEAVY L. DAVIS**                                                                   **PLAINTIFF**

**VS.**                                         **CAUSE NO. 2:07CV00213-MPM-DAS**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**

**ORDER GRANTING ADDITIONAL
TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES**

This cause having come on for hearing on the attorney for plaintiff's *ore tenus* motion for an extension of time in which to file a memorandum of authorities in the above cause, the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the plaintiff is hereby allowed an extension of time in which to file her memorandum of authorities, said extension to run through and including the 14th day of August, 2008.

**SO ORDERED** this 5th day of August, 2008.

                                                                        /s/ David A. Sanders
                                                                        U. S. MAGISTRATE JUDGE